IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| DAVID HARRIS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CV 111-203 |
| | ) |
| JASON MEDLIN, Warden, | ) |
| | ) |
| Respondent. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Respondent's motion to dismiss the petition as untimely is **DENIED**. (Doc. no. 6.) In addition, Respondent shall have thirty (30) days from the date of this Order to file his answer to the allegations of the petition in compliance with Rule 5 of the Rules Governing 2254 Cases in United States District Courts, as explained in the Magistrate Judge's February 6, 2012 Order.

SO ORDERED this 12th day of October, 2012, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA